FEE PAID
RCPT# 2945
NO SUMMS
1539

(H)

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JASON POTTER, as Executor of the Estate of Irene Satini, and DENNIS M. FYE<br><br>Defendants. | ) | Civil Division<br><br>No. 05 0450<br><br>COMPLAINT FOR INTERPLEADER |

(1)

## COMPLAINT FOR INTERPLEADER

COMES NOW Plaintiff, AETNA LIFE INSURANCE COMPANY and, for its causes of action against Defendants, JASON POTTER, as Executor of the Estate of Irene Satini, and DENNIS M. FYE alleges as follows:

### Nature of Action

1. This is an action for interpleader arising out of a conflict between and among Defendants Jason Potter, as Executor of the Estate of Irene Satini and Dennis M. Fye regarding benefits under a policy of life insurance issued by Plaintiff Aetna Life Insurance Company (hereinafter "Aetna").

### Jurisdiction

2. Plaintiff, Aetna Life Insurance Company is a Connecticut corporation with a principal place of business in Hartford, Connecticut.

3. Defendant, Jason Potter, Executor of the Estate of Irene Satini is an adult individual acting in the capacity of Executor of the Estate of Irene Satini and citizen of the Commonwealth of Pennsylvania, residing at 20 Rosemont Avenue, Pittsburgh, Pennsylvania 15228.

4. Defendant, Dennis M. Fye is an adult citizen of the State of New York residing at 143 Hillside Avenue, Oswego, New York 13126. Defendant Fye is the nephew of Irene Satini.

5. Jurisdiction is founded upon diversity of citizenship.

6. Plaintiff is a corporation organized under the laws of the state of Connecticut with the principal place of business located in Connecticut and each Defendant is a citizen of a state other than Connecticut.

7. The matter in controversy, exclusive of interest and costs, exceeds the sums specified by 28 U.S.C. § 1335.

8. Further, this matter involves a plan that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), United State Code Title 29, Chapter 18, *et sec*, as hereafter more fully appears.

**COMPLAINT**

9. Aetna Life Insurance Company issued to Daimler/Chrysler Corporation, a group life insurance and group accidental death benefit policy, policy number 600390 (hereinafter "Policy").

10. On or about January 1, 1988, said Policy became effective as to decedent, Irene Satini.

11. On or about January 26, 1995, decedent Irene Satini completed and signed a beneficiary designation relative to the above Policy.

12. In the January 26, 1995 beneficiary designation, Ms. Satini named Dennis M. Fye as the beneficiary on the subject Policy.

13. On October 15, 2004, the death benefits available on the policy due to the death of Irene Satini were $16,650.00.

14. The Defendant, Jason Potter, is the duly appointed and acting executor of the Last Will and Testament of Irene Satini; Defendant Dennis Fye claims to have been duly designated as beneficiary of the Policy.

15. Each of the Defendants, Jason Potter and Dennis Fye, is claiming to be the only person entitled to receive payment of the amount of the policy and has made demand for payment thereof.

16. By reason of these conflicting claims of the Defendants, Plaintiff is uncertain doubt as to which Defendant is entitled to be paid the amount of the policy in force at the death of Irene Satini, and does not wish to be subject to multiple liability.

WHEREFORE, Plaintiff demands that this Honorable Court adjudge:

(1) That the Defendants be required to interplead and settle between themselves their rights to the money due under said policy, and,

(2) That Plaintiff is allowed to recover its costs and attorneys' fees.

(3) That Plaintiff be discharged from all liability in the premises except to the person whom the court shall adjudge entitled to the amount of said policy.

Respectfully submitted,

DiBELLA GEER McALLISTER BEST

BY:______________________________
TARA L. MACZUZAK, ESQUIRE
Pa. I.D. #86709

BY:______________________________
PAUL K. GEER, ESQUIRE
Pa. I.D. #27675

Attorneys for Interpleader
Aetna Life Insurance Company

312 Boulevard of the Allies
Third Floor
Pittsburgh, PA 15222

412-261-2900

Firm I.D. #099

JURY TRIAL DEMANDED

39

JS 44
(Rev. 3/99)

05 0450

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Aetna Life Insurance Company
Hartford, CT

**DEFENDANTS**

Jason Potter, Executor of the Estate of Irene Satini, and Dennis M. Fye

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Hartford Co., CT
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Allegheny Co., PA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Paul K. Geer, DiBella, Geer, McAllister & Best
312 Blvd of the Allies, 3d Floor
Pittsburgh, PA 15222 (412)261-2900

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. s. 1335. Action for Interpleader regarding dispute arising from benefits under a policy of life insurance.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 16,650.00 CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): IF ANY NONE JUDGE ______ DOCKET NUMBER ______

DATE 4 April 2005 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

JS 44A REVISED OCTOBER, 1993

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THIS CASE DESIGNATION SHEET MUST BE COMPLETED

PART A
This case belongs on the (____ Erie ____ Johnstown __X__ Pittsburgh) calendar.

1. ERIE CALENDAR - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venango or Warren, OR any plaintiff or defendant resides in one of said counties.
2. JOHNSTOWN CALENDAR - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset, OR any plaintiff or defendant resides in one of said counties.
3. Complete if on ERIE CALENDAR: I certify that the cause of action arose in __________ County and that the __________ resides in __________ County.
4. Complete if on JOHNSTOWN CALENDAR: I certify that the cause of action arose in __________ County and that the __________ resides in __________ County.

PART B (You are to check ONE of the following)
1. ____ This case is related to Number __________, Judge __________.
2. __X__ This case is not related to a pending or terminated case.

DEFINITIONS OF RELATED CASES:
CIVIL: Civil cases are deemed related when a case filed relates to property included in another suit, or involves the same issues of fact or it grows out of the same transactions as another suit, or involves the validity or infringement of a patent involved in another suit.
EMINENT DOMAIN: Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
HABEAS CORPUS & CIVIL RIGHTS: All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

PART C
I. CIVIL CATEGORY (Place x in only applicable category).
1. ( ) Antitrust and Securities Act Cases
2. ( ) Labor-Management Relations
3. ( ) Habeas Corpus
4. ( ) Civil Rights
5. ( ) Patent, Copyright, and Trademark
6. ( ) Eminent Domain
7. ( ) All other federal question cases
8. ( ) All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest.
9. (X) Insurance indemnity, contract, and other diversity cases.
10. ( ) Government Collection Cases (shall include HEW Student Loans (Education), VA Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, S.B.A. Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct.

Date: 4 April 2005 [signature]
ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH SIDES MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.